UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JACQUELINE WASHINGTON | § | DOCKET NO.: 5:23-CV-01623-SMH-MLH |
| VERSUS | § | JUDGE S. MAURICE HICKS, JR. |
| BROOKSHIRE GROCERY COMPANY | § | MAGISTRATE JUDGE MARK L. HORNSBY |

## RESPONSE TO REMOVAL ORDER

NOW INTO COURT, through undersigned counsel, comes **BROOKSHIRE GROCERY COMPANY**, who, in response to the Removal Order of this Court dated November 16, 2023, represents as follows:

1.

A. A list of all attorneys involved in the case and the parties they represent is as follows:

Mr. Murphy J. White
Ms. Adrienne D. White
Law Offices of White & White
213 Texas Street
P. O. Box 27
Mansfield, LA 71052
Phone: (318) 872-1111
Fax: (318) 872-2222
Email: mwhite@lawwhitelaw.com
          awhite@lawwhitelaw.com
**Attorneys for plaintiff, Jacqueline Washington**

James A. Mijalis
Lunn Irion Law Firm, LLC
8670 Box Road, Building A
Shreveport, LA 71106
Phone:  (318) 222-0665
Fax:  (318) 220-3265
Email: jam@lunnirion.com
**Attorneys for defendant, Brookshire Grocery Company**

-1-

B.    There are no other documents in the state court record excluding documents which were previously attached to the Notice of Removal.

C.    The following is a list of all documents included in the state court record, arranged by order of filing date:

| TITLE OF PLEADING | DATE PLEADING WAS FILED |
|---|---|
| Petition for Damages on behalf of Jacqueline Washington | 10/31/23 |

D.    Undersigned counsel hereby certifies that the above constitutes the entire state court record.

2.

There were no motions or exceptions pending in the State Court at the time of removal.

3.

No funds are being held by the state court in the registry of the court for the benefit of the litigants.

4.

All counsel in this case are admitted to practice before this Court.

Respectfully submitted,

LUNN IRION LAW FIRM LLC

8670 Box Road, Building A
Shreveport, LA 71106
Phone: (318) 222-0665
Fax: (318) 220-3265
Email: jam@lunnirion.com

By:    /s/ James A. Mijalis
      JAMES A. MIJALIS
      Bar No. 17057
ATTORNEYS FOR DEFENDANTS, BROOKSHIRE GROCERY COMPANY

## **CERTIFICATE**

I HEREBY CERTIFY that on November 21, 2023, a copy of the foregoing *Response to Removal Order* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Murphy J. White and Ms. Adrienne D. White by operation of the court's electronic filing system.

         /s/ James A. Mijalis
         OF COUNSEL