UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JACQUELINE WASHINGTON | § | DOCKET NO.: 5:23-CV-01623-SMH-MLH |
| VERSUS | § | JUDGE S. MAURICE HICKS, JR. |
| BROOKSHIRE GROCERY COMPANY | § | MAGISTRATE JUDGE MARK L. HORNSBY |

**DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, who, in accordance with Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, submits the following diversity jurisdiction disclosure statement:

1.

Defendant, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, is a Connecticut corporation whose principal place of business is located in Connecticut. Thus, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** is considered a citizen of the State of Connecticut for purposes of diversity jurisdiction.

Respectfully submitted,

LUNN IRION LAW FIRM LLC

8670 Box Road, Building A
Shreveport, LA  71106         By:      /s/ James A. Mijalis
Phone:  (318) 222-0665                    JAMES A. MIJALIS
Fax:  (318) 220-3265                         Bar No. 17057
Email: jam@lunnirion.com     ATTORNEYS FOR DEFENDANTS, BROOKSHIRE GROCERY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

**CERTIFICATE**

    I HEREBY CERTIFY that on April 8, 2024, a copy of the foregoing *Diversity Jurisdiction Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Murphy J. White and Ms. Adrienne D. White by operation of the court's electronic filing system.

                                                /s/ James A. Mijalis
                                                       OF COUNSEL